IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.
05 NOV 28  PM 5: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>WALTER FRANKLIN VOWELL<br>    Defendant. | )<br>)<br>)<br>)<br>)   CR. NO. 04-20474-D<br>)<br>)<br>)<br>) |

### ORDER ON CHANGE OF PLEA AND **SETTING**

    This cause came on to be heard on November 28, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Walter Franklin Vowell, appearing in person and with counsel, Randolph W. Alden, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **WEDNESDAY, MARCH 1, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 28 day of November, 2005.

*/s/ Bernice B. Donald*
BERNICE B. DONALD
**UNITED STATES DISTRICT COURT**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-29-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20474 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT